COMMONWEALTH of Pennsylvania, Petitioner

v.

Milton MARTINEZ, Respondent

No. 398 MAL 2017

Supreme Court of Pennsylvania.

November 30, 2017

### ORDER

PER CURIAM

**AND NOW**, this 30th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.